FEE PAID
#1180/22
FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 OCT 22 P 3: 28

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | |
|---|---|
| PROGRESS RAIL SERVICES CORPORATION | ) ) ) |
| v. | ) ) CIVIL ACTION FILE NO. H 01-2991 |
| ALLFIRST BANK | ) ) |

ENTERED
LODGED     RECEIVED

OCT 24 2001
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY           DEPUTY

## MOTION FOR ADMISSION PRO HAC VICE

I, Benjamin Rosenberg, am a member in good standing of the bar of this Court. My bar number is 00263. I am moving the admission of Kevin R. Armbruster to appear *pro hac vice* in this case as counsel for Progress Rail Services Corporation and Railcar, Ltd.

We certify that:

1.  Enclosed is the $50.00 fee for admission *pro hac vice*. (NOTE: Make check payable to: Clerk, United States District Court.)

2.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Superior Court – Fulton County, Georgia | February 16, 1984 |
| United States District Court Northern District of Georgia | February 16, 1984 |
| Supreme Court of Georgia | February 16, 1984 |
| Court of Appeals of Georgia | May 8, 1996 |
| United States Supreme Court | June 12, 1996 |
| Eleventh Circuit Court of Appeals | December 15, 1993 |
| United States Tax Court | February 26, 1990 |

3.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court zero times.

4.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended,

or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

5.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

Respectfully submitted,

MOVANT

_____
Signature

Benjamin Rosenberg, Federal Bar No. 00263
Rosenberg, Proutt, Funk & Greenberg, LLP
2115 Allfirst Building
25 South Charles Street
Baltimore, MD  21201
410/727-6600
410/727-1115

PROPOSED ADMITTEE

_____
Signature

Kevin R. Armbruster
Cushing, Morris & Armbruster
229 Peachtree Street
Suite 2110
Atlanta, GA 30303
404/521-2323
404/522-0607

SO ORDERED this 24th day of October 2001.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2001, a copy of the foregoing Motion for Admission Pro Hac Vice was mailed, postage prepaid, to counsel for Defendant:

Lawrence J. Gebhardt, Esq.
Ramsay M. Whitworth, Esq.
Gebhardt & Smith LLP
401 East Pratt Street
Baltimore, MD 21202

G. Wayne Hillis, Esq.
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis II Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA 30303

_____
Benjamin Rosenberg