FEE PAID
# 1180121
FEE NOT PAID
(SEND LETTER)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 OCT 22 P 3: 29

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

PROGRESS RAIL SERVICES            )
CORPORATION                       )
                                  )
        v.                        )    CIVIL ACTION FILE NO. #-01-2991
                                  )
ALLFIRST BANK                     )

## MOTION FOR ADMISSION PRO HAC VICE

I, Benjamin Rosenberg, am a member in good standing of the bar of this Court. My bar number

is 00263. I am moving the admission of Leticia D. Alfonso to appear *pro hac vice* in this case as

counsel for Progress Rail Services Corporation and Railcar, Ltd.

We certify that:

1.      Enclosed is the $50.00 fee for admission *pro hac vice*. (NOTE: Make check payable to:

Clerk, United States District Court.)

2.      The proposed admittee is a member in good standing of the bars of the following State

Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Florida Supreme Court | September 22, 1989 |
| United States District Court for the Southern District of Florida | March 13, 1990 |
| Superior Court – DeKalb County, Georgia | November 6, 1990 |
| United States District Court Northern District of Georgia | December 3, 1990 |
| Supreme Court of Georgia | October 31, 1991 |
| Court of Appeals of Georgia | October 31, 1991 |
| United States District Court Middle District of Georgia | February 26, 1992 |
| United States Supreme Court | March 1, 1993 |
| Eleventh Circuit Court of Appeals | March 31, 1993 |





3.     During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court zero times.

4.     The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

5.     The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.     The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.     Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

Respectfully submitted,

MOVANT                                          PROPOSED ADMITTEE

_____                         _____
Signature                                       Signature

Benjamin Rosenberg, Federal Bar No. 00263       Leticia D. Alfonso
Rosenberg, Proutt, Funk & Greenberg, LLP        Cushing, Morris & Armbruster
2115 Allfirst Building                          229 Peachtree Street
25 South Charles Street                         Suite 2110
Baltimore, MD 21201                             Atlanta, GA 30303
410/727-6600                                    404/521-2323
410/727-1115                                    404/522-0607

SO ORDERED this 24th day of October, 2001.

_____
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2001, a copy of the foregoing Motion

for Admission Pro Hac Vice was mailed, postage prepaid, to counsel for Defendant:

Lawrence J. Gebhardt, Esq.
Ramsay M. Whitworth, Esq.
Gebhardt & Smith LLP
401 East Pratt Street
Baltimore, MD  21202

G. Wayne Hillis, Esq.
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis II Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA  30303

Benjamin Rosenberg