IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

PROGRESS RAIL SERVICES          *
CORPORATION, et al.

    Plaintiffs,                             *

    v.                                              *   Civil Action No. H 01-2991

ALLFIRST BANK,                          *

    Defendant.                            *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION EXTENDING TIME TO REPLY TO ALLFIRST BANK'S OPPOSITION TO MOTION TO RETRANSFER

Plaintiffs Progress Rail Services Corporation and Railcar Ltd. ("Progress Rail") and Defendant Allfirst Bank ("Allfirst") by their undersigned counsel, have stipulated and agreed to an extension of time until December 21, 2001 for the Plaintiffs to file a reply to Allfirst Bank's Opposition to Motion to Retransfer.

Thus, the parties request the Court's order extending the time for the Plaintiffs to file a reply to Allfirst Bank's Opposition to Motion to Retransfer as set forth above.

_/s/ Lawrence J. Gebhardt_
Lawrence J. Gebhardt
Gebhardt & Smith, LLP
Ninth Floor
The World Trade Center
Baltimore, Maryland 21201

Attorneys for Defendant
Allfirst Bank

_/s/_
Benjamin Rosenberg
Lee S. Kaminetz
Rosenberg Proutt Funk & Greenberg, LLP
25 South Charles Street
2115 Allfirst Building
Baltimore, Maryland 21201

Attorneys for Plaintiffs
Progress Rail Services Corporation and Railcar Ltd.

0151983.01

SO ORDERED this 6th day of December, 2001.

_____
Alexander Harvey, II, Judge
United States District Court for the
District of Maryland